*Bank of America Tower*
*50 N. Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904 598-6100*
*www.sgrlaw.com*

**SMITH, GAMBRELL & RUSSELL, LLP**
*Attorneys At Law*

*Todd R. Dobry*
*Direct Tel:  904-598-6147*
*Direct Fax:  904-598-6247*
*tdobry@sgrlaw.com*

December 21, 2018

**VIA ECF & EMAIL**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   Hernandez v. BTB Events & Celebrations, Inc. et al.
       Case No.: 17-cv-9541

Dear Judge Failla:

       This firm represents the Defendants in the above-captioned matter. We write jointly with Plaintiff's counsel regarding the Plaintiff's December 18, 2018 Letter Motions [DE 99]. Pursuant to the discussions held during the Court's December 19, 2018 Status Conference and subsequent communications amongst counsel, we jointly advise that the matters raised in the Letter Motions [DE 99] are resolved and do not require the Court's intervention.  Plaintiff respectfully withdraws the Letter Motions [DE 99] and request that the withdrawal be reflected on the Court's record.

Respectfully Submitted,

*/s/ Todd R. Dobry*                                                      */s/ William Brown*
Todd R. Dobry, *pro hac vice*                                   William Brown
Smith, Gambrell & Russell, LLP                              Lee Litigation Group, PLLC
50 North Laura Street, Suite 2600                           30 East 39th Street, Second Floor
Jacksonville, FL 32202                                             New York, NY 10016
Tel: (904) 598-6100                                                   Tel: (212) 661-1309
tdobry@sgrlaw.com                                                 will@leelitigation.com

*Attorneys for Defendants*                                      *Attorneys for Plaintiff*

cc:   All counsel of record (via ECF)



*Atlanta | Austin | Jacksonville | London | Los Angeles | Miami | Munich | New York | Southampton | Washington D.C.*