UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAMON HERNANDEZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                                   Plaintiffs,                  17-CV-09541 (LJL)(SN)

                            -against-                          **ORDER**

BETWEEN THE BREAD 55TH INC., et al.,

                                   Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On Tuesday, May 29, 2018, this matter was assigned to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       April 6, 2020
                 New York, New York