```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RAMON HERNANDEZ,                                                   :
on behalf of himself, FLSA Collective Plaintiffs and the           :
Class, et al,                                                      :
                              Plaintiffs,                          :      17-cv-9541 (LJL)
                                                                   :
          -v-                                                      :      ORDER
                                                                   :
BETWEEN THE BREAD 55TH INC.,                                       :
                                                                   :
                              Defendants.                          :
                                                                   X
--------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiffs' letter-motion to compel discovery (Dkt. No. 145) and Defendants' response (Dkt. No. 146). IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference on those filings and the issues therein at 12:00 p.m. on May 20, 2020. Parties are directed to call (888) 251-2909 and use access code 2123101.

      Parties should be prepared to identify and discuss any discovery requests that remain at issue. No further written submissions are permitted.

      SO ORDERED.

Dated: May 15, 2020
       New York, New York
                                                    LEWIS J. LIMAN
                                        United States District Judge