```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
RAMON HERNANDEZ,                                                     :
on behalf of himself, FLSA Collective Plaintiffs and the             :
Class, et al,                                                        :
                          Plaintiffs,                                :     17-cv-9541 (LJL)
                                                                     :
        -v-                                                          :     ORDER
                                                                     :
BETWEEN THE BREAD 55TH INC.,                                         :
                                                                     :
                          Defendants.                                :
                                                                     X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **5/20/2020**

LEWIS J. LIMAN, United States District Judge:

      The Court has encountered a conflict at 12:00 p.m. today, such that the conference originally scheduled for that time is now **RESET** to **today at 4:00 p.m.** Parties are directed to call (888) 251-2909 and use access code 2123101 at that time.

      The parties are HEREBY ORDERED to meet and confer at the originally-scheduled conference time of 12:00 p.m. and attempt to resolve the discovery disputes presented in Plaintiffs' motion to compel (Dkt. No. 145) and Defendants' response (Dkt. No. 146).

      The Court will hear argument on any disputes that cannot be resolved by the meet-and-confer at 4:00 p.m.

      SO ORDERED.

Dated: May 20, 2020
       New York, New York
                                                     LEWIS J. LIMAN
                                                     United States District Judge