```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAMON HERNANDEZ, :
*on behalf of himself, FLSA Collective Plaintiffs and the* :
*Class*, *et al*, :
                      Plaintiffs, :     17-cv-9541 (LJL)
:
        -v- :     ORDER
:
BETWEEN THE BREAD 55TH INC., :
:
                      Defendants. :
                                                                X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      As discussed at the telephonic status conference held today, the following is HEREBY ORDERED:

      No later than 5:00 p.m. on May 27, 2020, the parties shall electronically file a one-sentence letter informing the Court whether they have reached an agreement to settle the case. In the absence of an agreement to settle the case, the Court will rule on the outstanding discovery motion.

      SO ORDERED.

Dated: May 20, 2020
       New York, New York                       _____
                                                      LEWIS J. LIMAN
                                                        United States District Judge