# CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

**IAN-PAUL A. POULOS**  
ASSOCIATE  
E-MAIL: IAPOULOS@CBDM.COM

June 29, 2020

**SO ORDERED.**

6/29/2020

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

<u>**VIA ECF**</u>  
Hon. Lewis J. Liman  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 701  
New York, NY 10007

  Re: *Hernandez, et al. v. Between the Bread 55th Inc, et al.*  
    17-cv-09541-LJL

Dear Judge Liman:

  This firm represents the Defendants in the above-referenced action. Pursuant to Paragraph 1(C) of Your Honor's Individual Practices in Civil Cases, the Parties write jointly to request that the deadline for the Plaintiffs to file their Motion for Preliminary Approval of Class Settlement be extended one week from Wednesday, July 1, 2020, to Wednesday, July 8, 2020.

  The Parties have been working together to finalize the settlement documents, but due to the upcoming Fourth of July weekend and continued logistical delays caused by the COVID-19 pandemic, a one week extension of time is necessary. This is the first request to extend this deadline, and no other dates will be affected should the Court grant the Parties' request because all deadlines are adjourned *sine die*. *See* ECF Doc. 156.

  Thank you for Your Honor's consideration.

               Respectfully submitted,

               CLIFTON BUDD & DeMARIA, LLP  
               *Attorneys for the Defendants*

               By: _/s/ Ian-Paul A. Poulos_____  
                 Arthur J. Robb  
                 Ian-Paul A. Poulos

CC: All Counsel of Record