```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                           :

RAMON HERNANDEZ, et al.,                       :

                           Plaintiffs,                       :
                                                                  :   17-cv-9541 (LJL)
     -v-                                           :
                                                                   :      ORDER

BETWEEN THE BREAD 55TH INC., et al.,       :

                       Defendants.                  :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The court has received the motion for preliminary approval of the class settlement.  By no later than 8:00 p.m. today, September 8, 2020, plaintiff shall submit documents sufficient to establish the qualifications of Advanced Litigation Strategies LLC to act as Settlement Administrator and to support the proposed fee of $35,000 including a budget and proposed retention agreement.  The Court will hold tomorrow's previously scheduled status conference as a hearing on the motion for preliminary approval.  The hearing will be held at 11:00 a.m.  A representative of Advanced Litigation Strategies LLC shall attend the hearing.  The parties are directed to call (888) 251-2909 and to use the access code 2123101.

      SO ORDERED.

Dated: September 8, 2020
       New York, New York                              _____
                                                                          LEWIS J. LIMAN
                                                                      United States District Judge