```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                        :
RAMON HERNANDEZ, et al.,                          :

                    Plaintiffs,              :
                                        :       17-cv-9541 (LJL)
       -v-                                  :
                                        :         ORDER
BETWEEN THE BREAD 55TH INC., et al.,      :

                    Defendants.          :
                                        :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are directed to appear for a telephonic conference on December 3, 2020 at 10:00 a.m.  Parties are directed to dial 888-251-2909 and use the access code 2123101.

      SO ORDERED.

Dated: November 30, 2020
       New York, New York                         _____
                                                              LEWIS J. LIMAN
                                                     United States District Judge