# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON HERNANDEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>BETWEEN THE BREAD 55th INC., BETWEEN THE BREAD 40th INC., BETWEEN THE BREAD II, LTD., BTB EVENTS & CELEBRATIONS, INC., d/b/a BETWEEN THE BREAD, RICKY EISEN and SEAN MARTIN,<br><br>Defendants. | Case No.: 17-cv-09541<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: April 20, 2021        Respectfully submitted,

                             **LEE LITIGATION GROUP, PLLC**

                    By:    */s/ C.K. Lee*
                           C.K. Lee, Esq.
                           Anne Seelig, Esq.
                           148 West 24th Street, Eighth Floor
                           New York, NY 10011
                           Tel.: 212-465-1188
                           *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*