IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON HERNANDEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br>v.<br><br>BETWEEN THE BREAD 55th INC.,<br>BETWEEN THE BREAD 40th INC.,<br>BETWEEN THE BREAD II, LTD.,<br>BTB EVENTS & CELEBRATIONS, INC.,<br>d/b/a BETWEEN THE BREAD,<br>RICKY EISEN and SEAN MARTIN ,<br><br>Defendants. | Case No.: 17-cv-09541<br><br><br>NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting service awards to Named Plaintiff Ramon Hernandez, Carlos Gonzalez, Constantino Hernandez, Jorge Menendez, Jose Reyes, and Mauro Teutle, each in the amount of $5,000, for a total of $30,000, to be paid from the Settlement Fund, in recognition of the services they each rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement and Release.

Dated: April 20, 2021

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: /s/ *C.K. Lee*
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*