```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON HERNANDEZ, et al.,

               Plaintiffs,

   -v-

BETWEEN THE BREAD 55TH INC., et al.,

              Defendants.
------------------------------------------------------------------X

17-cv-9541 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     A fairness hearing on the settlement in this case is scheduled for tomorrow. Plaintiffs' counsel should be prepared to address the following issues among others: (1) the estimated median and mean recovery for members of the settlement class; (2) assuming the proposed fee award and service awards are granted, what percentage of the total recovery will be paid to counsel, what percentage will be paid to the named plaintiffs, and what percentage will be divided among the remaining plaintiffs who are not named; (3) evidence of the time each of the named plaintiffs spent with counsel or worked on the matter to support the proposed service awards; and (4) the expenses incurred by the claims administrator and whether it was able to come in below budget.

     SO ORDERED.

Dated: May 4, 2021
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge